ABLE INDUSTRIES, INC., d/b/a Emergency Service Company, Plaintiff/Respondent,

v.

Donald R. POHLMAN, Defendant/Appellant.

No. 62980.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 2, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 29, 1993.

Richard J. Keyes and Edward C. Vancil, Edward Vancil & Associates, Clayton, for appellant.

Gary R. Underwood, St. Louis, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Donald R. Pohlman, appeals the trial court's denial of his Rule 74.05(c) motion to set aside a default judgment. We affirm. We have reviewed the record and find the claims of error are without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).